IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBERT L. ROSE,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, THE MONTANA DEPARTMENT OF CORRECTIONS(MDOC)), CLINICAL SERVICES DIVISION, CONNIE WINNER; TRISDEN KOHUT, DR. REESE, WARDEN LYNN GUYER, WARDEN KIRKEGARD, DOC DIRECTOR REGINALD MICHAEL, MDOC MEDICAL DIRECTOR LIZ RANTZ, MEMBERS OF MDOC MEDICAL REVIEW PANEL(DO'S), AND MOUNTAIN PACIFIC QUALITY HEALTH), FOUNDATION (MPQH),<br><br>  Defendants. | CV-20-00058-H-BMM-KLD<br><br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered her

Supplemental Findings and Recommendations (Doc. 57) regarding the request for

a preliminary injunction (Doc. 51) that Robert L. Rose filed in this case on

November 23, 2021. Judge DeSoto recommended that this request for a

1

preliminary injunction be DENIED (Doc. 57).

United States District Court Judge Brian Morris granted Rose's Motion for Extension of Time to File Objection to Findings and Recommendations for the Supplemental Recommendation (Doc. 60) on December 15, 2021. The deadline issued in this order (Doc. 60) was December 17, 2021. Nearly a month has passed since this deadline, and no objection has been filed. Since no objection has been filed, the Court has reviewed Judge DeSoto's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge DeSoto's Findings and Recommendations and adopts them in full.

**IT IS ORDERED** that Judge DeSoto's Supplemental Findings and Recommendations (Doc. 57) are **ADOPTED IN FULL**.

1. Rose's Motion for Protective Order (Doc. 51) is DENIED.

DATED this 18th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court